Submitted on record and briefs December 11, 2000, affirmed January 17, 2001

STATE OF OREGON,
*Respondent,*

*v.*

GILMAN ARNOLD JOHNSON,
*Appellant.*

(C 97-11-39075; CA A104966)

16 P3d 516

Heather J. Norton filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Affirmed. *State v. Hutchinson*, 169 Or App 264, 9 P3d 722 (2000).